IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION<br>)<br>) NO. 25 C 10368 |
| vs. | )<br>) JUDGE MANISH S. SHAH |
| RUANE CONSTRUCTION, INC., an Illinois corporation, a/k/a RUANE CONSTRUCTION SERVICES, INC., an Illinois corporation, | )<br>)<br>) |
| MARK T. RUANE, an individual, | )<br>) |
| Defendants. | ) |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on December 2, 2025 [Dkt. 16], request this Court enter judgment against Defendants, Ruane Construction, Inc., an Illinois corporation, a/k/a Ruane Construction Services, Inc., an Illinois corporation, and Mark T. Ruane, an individual, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On December 2, 2025, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendants to turn over Ruane Construction, Inc., a/k/a Ruane Construction Services, Inc.'s monthly fringe benefit contribution reports for the time period February 2025 through October 2025. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendants.

2. Since December 2, 2025, Plaintiffs' counsel received all Defendant corporation's monthly fringe benefit contribution reports for the time period through November 2025. The reports submitted for the time period August 2025 through November 2025 indicate Defendants are delinquent in contributions to the Funds in the amount of $79,039.56. (See Affidavit of David A. Dorfman).

3. Additionally, the amount of $7,903.95 is due for liquidated damages and $1,504.09 is due for interest. (Dorfman Aff. Par. 4(c)).

4. On September 23, 2025, Defendants paid the contributions due for September 2024 and October 2024 but shorted the contributions paid, and there remains $779.89 due and owing for the stated shortage. (Aff. Par. 4(d)).

5. Defendants submitted contribution reports and remitted payment of contributions due for the time period March 2024 through July 2025, but the contributions were untimely paid and therefore Plaintiffs have assessed $26,838.01 for liquidated damages and $18,889.42 for interest, for a total of $45,727.43. (Aff. Par. 4(e)).

6. Plaintiffs' firm has expended $681.01 for costs and $3,606.50 for attorneys' fees, for a total of $4,287.51, in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $139,242.43.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $139,242.43.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6204026
Telephone:   (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVCWJ\RUANE CONSTRUCTION\#31078\MOTION-JUDGMENT.CMC.DF.DOCX

3

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 26th day of January 2026:

      Mr. Paul A. Brocksmith, Registered Agent
         For Ruane Construction, Inc.
      Brocksmith & Brocksmith
      40 Skokie Boulevard, Suite 400
      Northbrook, IL    60062-0400

      Mr. Mark T. Ruane
      324 Claremont Court
      Naperville, IL    60540-4486

                    /s/    Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com